```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA ARAI,

               Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
and FORD MOTOR CREDIT COMPANY LLC,

               Defendants.

1:22-cv-01577 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The status conference scheduled for September 28, 2022 at 10:30 AM is ADJOURNED to October 18, 2022 at 12:00 PM.

**SO ORDERED.**

Date: **September 1, 2022**
      **New York, NY**

                                              _____
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**