UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __9/16/2022__ |

NATALIA ARAI,

                Plaintiff,

       -against-

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, and FORD MOTOR
CREDIT COMPANY LLC,

                Defendants.

1:22-cv-01577 (MKV)

ORDER OF DISMISSAL
AS TO EXPERIAN INORMATION
SOLUTIONS INC.

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a letter from Plaintiff stating that Plaintiff and Defendant Experian

Information Solutions Inc. have reached a settlement in principle [ECF No. 29].  Accordingly, IT

IS HEREBY ORDERED that the request for a stay is DENIED.  It is further ordered that the

above-captioned case is discontinued as to Defendant Experian Information Solutions Inc. without

costs to any party and without prejudice to restoring the case to this Court's calendar if the

application to restore is made by November 31, 2022.  If no such application is made by that date,

today's dismissal of the action as to Defendant Experian Information Solutions Inc. is with

prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All

other dates and deadlines are adjourned *sine die*.

       In any request to restore the case to the Court's calendar, the parties must specify that they

have not signed a settlement agreement.

**SO ORDERED.**

**Date:  September 16, 2022**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**